JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID MORROW,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No.  8:21-CV-00174-JLS<br>Case No.  8:15-CR-00099-JLS<br><br>**JUDGMENT** |
|---|---|

　　IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

　　The Clerk shall close the case.

　　Dated:  September 13, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　United States District Judge